COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00590-CR

Style:        Jon Michael Miranda v. The State of Texas

Date motion filed[*]:        December 23, 2014

Type of motion:        Motion for Extension of Time to File *Pro Se Anders* Response

Party filing motion:        *Pro Se* Appellant

Document to be filed:        *Pro Se Anders* Response

Is appeal accelerated?        No

If motion to extend time:

     Original due date:        November 21, 2014

     Number of extensions granted:      1        Current Due date: January 15, 2015

     Date Requested:        N/A

Ordered that motion is:

     ☐      Granted

         If document is to be filed, document due: January 15, 2015.

     ☐      Denied

     ☑   Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☑   Other: _____

On November 25, 2014, this Court granted the *pro se* appellant's motion requesting access to the appellate record. On December 2, 2014, the trial clerk stated it mailed to appellant both the clerk's and reporter's records. In that Order, this Court also extended the *pro se* appellant's deadline to file a response to the amended *Anders* brief, which was filed on December 1, 2014, until January 15, 2015. Accordingly, appellant's motion for extension of time to file a *pro se Anders* response is dismissed as moot as his deadline was already extended.

Judge's signature: /s/ Laura C. Higley

            ☑ Acting individually      ☐ Acting for the Court

Date: January 13, 2015

November 7, 2008 Revision